**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARNELL YOUNG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 4:21-cv-00465-PLC |
| | ) |
| STANLEY PAYNE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. Petitioner Darnell Young has filed a document that has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petition is not on a Court-provided form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. As such, the Court will direct petitioner to file an amended petition on a Court-provided form, and to either pay the filing fee or file a motion for leave to proceed in forma pauperis in this action. Petitioner will be given **thirty (30) days** in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's 28 U.S.C. § 2254 form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that petitioner shall file an amended 28 U.S.C. § 2254 petition on the Court-provided form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner does not file an amended 28 U.S.C. § 2254 petition on the Court-provided form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that petitioner shall either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner does not file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of August, 2021