UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL YOUNG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:21-cv-00465-PLC |
| ) | |
| STANLEY PAYNE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on petitioner Darnell Young's motion for writ of mandamus. (Docket No. 11). On October 8, 2021, this action was dismissed without prejudice for petitioner's failure to comply with the Court's order to file an amended complaint, and to either file a motion for leave to proceed in forma pauperis or pay the filing fee. Therefore, this case is closed, and the motion will be denied. If petitioner wants to present a petition for writ of mandamus or assert another claim, he must do so in a new action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for writ of mandamus (Docket No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from this denial would not be taken in good faith.

Dated this 26th day of October, 2021.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE