**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DARNELL YOUNG,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| v.   ) | No. 4:21-cv-00465-PLC |
| ) | |
| STANLEY PAYNE,   ) | |
| ) | |
| Respondent.   ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Darnell Young's motion for writ of mandamus. (Docket No. 13). On October 8, 2021, this action was dismissed without prejudice for petitioner's failure to comply with the Court's order to file an amended complaint, and to either file a motion for leave to proceed in forma pauperis or pay the filing fee. Therefore, this case is closed, and the motion will be denied. If petitioner wants to present a petition for writ of mandamus or assert another claim, he must do so in a new action.

The court notes that this is the second motion for writ of mandamus that petitioner has filed since the case was closed. As such, the Court will direct the Clerk of Court to return any further documents filed by petitioner in this closed case, except for those related to any appeal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for writ of mandamus (Docket No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall return to petitioner all further documents filed in this closed case, except for those related to any appeal.

**IT IS FURTHER ORDERED** that an appeal from this denial would not be taken in good faith.

Dated this 8th day of November, 2021.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE